UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ARIEL CORTEZ,<br>individually, and on behalf of all similarly situated persons,<br><br>                    Plaintiff,<br><br>vs.<br><br>TFS FACILITY SERVICES GEORGIA, LLC,<br><br>                    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:14-cv-792-RWS |

## J U D G M E N T

This action having come before the court, Honorable Richard W. Story, United States District Judge, for consideration of plaintiff's notice of acceptance of Rule 68 offer of judgment, it is

**Ordered and adjudged** that judgment is entered in favor of the Plaintiff and against the Defendant in the sum of $25,940. Plaintiffs are also awarded costs, interest and attorney's fees accrued through the date of defendant's offer.

Dated at Atlanta, Georgia this 14th day of August, 2014.

                                            JAMES N. HATTEN
                                            CLERK OF COURT

                                By:   C. Mercado
                                      Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
   August 14, 2014
James N. Hatten
Clerk of Court


By:  C. Mercado
      Deputy Clerk